UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America          Case No. 20-mj-234-01-AJ

v.

Katelyn Jones                     Charging District Eastern
District of Michigan

                                  Case Number: 2:20-mj-30535

**ORDER OF HOLDING DEFENDANT TO ANSWER
AND TO APPEAR IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING PROBATION JURISDICTION**

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the District of Michigan Eastern District and shall appear at all proceedings as required.  The defendant shall next appear:

Where: Via Video Conference-231 W Lafayette Blvd, Detroit, MI 48226.

When: 1/13/2021 at 1pm.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

12/23/2020

cc:   U.S. Attorney
      U.S. Marshal
      U.S. Probation
      Jeffrey Levin, FD